IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABELARDO GARCIA-SUAREZ, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-04-034 |
| § | |
| TOM RIDGE, Secretary, Department of § | |
| Homeland Security, and the § | |
| United States of America, § | |
| Respondents. § | |

United States District Court
Southern District of Texas
FILED

MAR 2 5 2004

Michael N. Milby
Clerk of Court

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**
**AND**
**STAY OF DEPORTATION**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final resolution of Salazar-Regino and the consolidated cases and that the Court stay the enforcement of any final removal proceedings pending a final resolution of Salazar-Regino and the consolidated cases.. Furthermore, all deadlines that have been assigned thus far, should be given new dates in order to appropriately deal with the outcome of Salazar-Regino v. Trominski.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Ms. Lisa Brodyaga
>Refugio del Rio Grande
>17891 Landrum Park Road
>San Benito, Texas  78586

on this the 24th day of March, 2004.

>STEVEN T. SCHAMMEL
>Assistant United States Attorney