AO 440 (Rev.1/90) Summons in a Civil Action

B-04CV 34

# RETURN OF SERVICE

| | DATE 3/2/04 | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney | APR 0 9 2004 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/31/04
            Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>John Ashcroft, #5111<br>US Atty Gen.<br>950 Penn. Ave NW<br>Wash. DC 20530-0001 | D. Is delivery address different from item 2? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MAR 2 2004<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0005 7027 1920 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540